UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JARED PONIATOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:15-CV-162-FL |
| DISH NETWORK SERVICE, LLC, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' joint motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2015, that the motion to remand is granted, and this case is remanded to the General Court of Justice, Superior Court Division in New Hanover County, North Carolina for further proceedings.

**This Judgment Filed and Entered on October 22, 2015, and Copies To:**

Franklin D. Pope  (via CM/ECF Notice of Electronic Filing)
David M. Duke (via CM/ECF Notice of Electronic Filing)
David Aaron Senter, Jr. (via CM/ECF Notice of Electronic Filing)
The Honorable Jan Kennedy, New Hanover County Clerk of Superior Court
      (via U.S. mail) PO Box 2023, Wilmington, NC 28402-2023


October 22, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk